# ALABAMA COURT OF CRIMINAL APPEALS



September 13, 2024

**CR-2023-0821**
Thomas Danyell Nance v. State of Alabama (Appeal from Madison Circuit Court:
CC-22-5175)

## NOTICE

You are hereby notified that on September 13, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk